**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| POZEN INC.<br><br>    Plaintiff,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES LTD.<br><br>    Defendants. | CIVIL ACTION NO. 6:11-cv-272-LED |

### ORDER OF DISMISSAL

Upon consideration of the parties' Stipulation of Dismissal, filed on September 16, 2013, the Court hereby approves all stipulations contained therein and ORDERS that this case is dismissed.

**So ORDERED and SIGNED this 17th day of September, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**